# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Guy, Jr., Ralph B. | Sixth Circuit Court of Appeals | 05/11/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Senior Status | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 7910 <br> Ann Arbor, MI 48107 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Guy, Jr., Ralph B.

| Name of Person Reporting | Date of Report |
|---|---|
| Guy, Jr., Ralph B. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sandra Day O'Connor College of Law | April 24 - 27, 2010 | Phoenix, Arizona | Educational Seminar | Transportation, meals, hotel, class materials |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guy, Jr., Ralph B. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guy, Jr., Ralph B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Detroit Edison - common stock | A | Dividend | J | T | | | | | |
| 2. | Chase (Bank One) | A | Interest | K | T | | | | | |
| 3. | First Community Bank | A | Interest | K | T | | | | | |
| 4. | Fifth Third Bank | A | Interest | K | T | | | | | See VIII |
| 5. | Key Bank | A | Interest | J | T | | | | | |
| 6. | Discover | D | Interest | N | T | | | | | |
| 7. | PBI | A | Interest | K | T | | | | | |
| 8. | Flagstar | A | Interest | | | Closed | 10/06/10 | K | | See VIII |
| 9. | Ally Bank | C | Interest | M | T | | | | | |
| 10. | Bank of America | A | Interest | | | Closed | 12/21/10 | K | | See VIII |
| 11. | Colorado Federal Sav. Bank | A | Interest | L | T | | | | | |
| 12. | Umbrella Bank | A | Interest | | | Closed | 01/10/10 | M | | See VIII |
| 13. | United Central Bank | A | Interest | | | Closed | 02/10/10 | M | | See VIII |
| 14. | Bank of Naples | B | Interest | M | T | Open | 02/10/10 | M | | See VIII |
| 15. | Met Life Bank | A | Interest | L | T | Open | 10/22/10 | L | | See VIII |
| 16. | Florida Comm. Bank | | None | M | T | Open | 02/05/10 | M | | See VIII |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 4 - One of two accounts closed and proceeds to Met Life 10/20/10

Part VII - Line 8 - Closed 10/06/10. Proceeds to Met Life.

Part VII - Line 10 - Closed 12/21/10. Proceeds to renewal of Colorado Fed Savings.

Part VII - Line 12 - Closed 01/10/10. Proceeds to Florida Comm. Bank.

Part VII - Line 13 - Closed 02/10/10. Proceeds to Bank of Naples.

Part VII - Line 14 - Bank of Naples, opened 02/10/10. Funds from PBI Bank and United Central Bank.

Part VII - Line 15 - Met Life Bank, opened 10/22/10. Funds from Flagstar Bank and Fifth Third Bank.

Park VII - Line 16 - Florida Comm. Bank, opened 02/05/10. Funds from Umbrella Bank. No interst income will be paid until 08/05/11.

Note: Except for Key Bank and Chase Bank accounts which are checking accounts, all of the reported transactions showing interest income involve Certificates of Deposit. The dates of closing one account and opening a new account don't always match up because sometimes I will use a wire transfer to a new account and other times the account is closed and it might take two weeks for the bank to send me the check. Sometimes I am able to invest the money from a closed account immediately, and other times I have to shop around. The amounts from a closed account and new account don't always match because sometimes I will put the money in two different places from a closed account, and sometimes I will add money from my checking account or checking account. It's not like stock sales where you usually get an opening and sale date in a statement from a broker.

Also as interest rates have plummeted, the current report might show a larger value, but nonetheless, a smaller amount of interest earned.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ralph B. Guy, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544